# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| **PHILLIP KNIGHT,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) CASE NO. _____ |
| **LIFE INSURANCE COMPANY OF NORTH AMERICA,** | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. §§ 1331, 1441, and 1446, Life Insurance Company of North America ("LINA" or "Defendant"), hereby removes this action to the United States District Court for the Northern District of Alabama, Middle Division, which is the federal judicial district embracing the Circuit Court of Etowah County, where this case was originally filed as Case No. 31-CV-2020-900163. As addressed below, removal of this action is proper pursuant to 28 U.S.C. § 1331, in that Plaintiff's claims invoke the Court's federal question jurisdiction under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq*. The grounds for removal are as follows:

1. Plaintiff commenced this civil action in the Circuit Court for Etowah County, Alabama, on March 9, 2020. A true and correct copy of all process and pleadings filed in the State Court Action as reflected on Alacourt are attached

hereto as Exhibit "A".

2.    Service of process of Plaintiff's Complaint was returned on March 12, 2020. Accordingly, this Notice of Removal is filed within thirty (30) days after service of the initial pleading on which the aforesaid action is based pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

3.    This action could have been originally filed in this Court pursuant to 28 U.S.C. § 1331, in that Plaintiff's claim invokes this Court's federal question jurisdiction under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. § 1001 *et seq.*

4.    The United States District Court for the Northern District of Alabama, Middle Division, is the federal judicial district embracing the Circuit Court of Etowah County, Alabama, where this suit was originally filed.  Venue is therefore proper under 28 U.S.C. § 81(a)(6) and § 1441(a).

## **FEDERAL QUESTION JURISDICTION**

5.    Under 28 U.S.C. § 1331, this Court has "original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Further, the ERISA jurisdiction provision provides for concurrent jurisdiction to the state and federal courts over participant's claims under 29 U.S.C. § 1332(a)(1)(B) and exclusive jurisdiction to the federal courts over all other ERISA claims by participants. *See* 29 U.S.C. § 1332(e)(1). When filed in state court, such

actions may be removed to federal court. *See* 28 U.S.C. § 1441(a).

6. This action against Defendant could have been originally filed in this Court pursuant to 29 U.S.C. § 1132 in that Plaintiff seeks to recover ERISA benefits under an employer-sponsored plan sponsored by Honda Manufacturing. (the "Plan") and for conduct related to the termination of long-term disability ("LTD") benefits allegedly due to him under such Plan. LINA insured and administered claims under the Plan during the relevant time period. While employed at Honda Manufacturing, Plaintiff was a participant in the Plan.

7. Plaintiff alleges in his Complaint that he "has a long term disability policy through Defendant." Complaint ("Compl.") at ¶ 4. Plaintiff further alleges, *inter alia*, that he is disabled and entitled to LTD benefits, which were terminated. *Id.* at ¶¶ 1 and 6. Plaintiff then expressly states an ERISA benefit claim pursuant to 29 U.S.C. § 1132. *Id.* at ¶ 9.

## MISCELLANEOUS

8. A copy of this Notice of Removal is being filed with the Clerk of the Circuit Court of Etowah County, Alabama, as provided by law, and written notice is being sent to Plaintiff's counsel.

9. Along with this Notice of Removal, LINA will tender to the Clerk of this Court the funds necessary to secure removal.

10. This Notice of Removal is filed within thirty (30) days after service of

the initial pleading on which the aforesaid action is based pursuant to Rule 6(a) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1446(b).

11. The prerequisites for removal under 28 U.S.C. § 1441 have been met.

12. The allegations of this Notice are true and correct and within the jurisdiction of the United States District Court for the Northern District of Alabama, and this cause is removable to the United States District Court for the Northern District of Alabama.

13. Should any question arise as to the propriety of the removal of this action, LINA respectfully requests the opportunity to submit a brief and present oral argument in support of its position that this cause is removable. *Sierminski v. Transouth Fin. Corp.*, 216 F.3d 945, 949 (11th Cir. 2000).

WHEREFORE, PREMISES CONSIDERED, Defendant Life Insurance Company of North America, desiring to remove this civil action to the United States District Court for the Northern District of Alabama, Middle Division, the district and division encompassing the county in which such civil action is pending, prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with the Clerk of the Circuit Court of Etowah County, Alabama, shall effect the removal of said civil action to this Honorable Court.

Respectfully submitted,


*/s/ Grace Robinson Murphy*
William B. Wahlheim, Jr.
Grace Robinson Murphy
Matthew S. Edinger

*Attorneys for Defendant Life Insurance Company of North America*

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
Suite 2400, Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
T:  (205) 254-1000
F:  (205) 254-1999
wwahlheim@maynardcooper.com
gmurphy@maynardcooper.com
medinger@maynardcooper.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 9th day of April, 2020:

Myron K. Allenstein
Rose Marie Allenstein
ALLENSTEIN & ALLENSTEIN, LLC
141 South 9th Street
Gadsden, AL 35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com

*/s/ Grace Robinson Murphy*
OF COUNSEL