# EXHIBIT A

ELECTRONICALLY FILED
3/9/2020 1:33 PM
31-CV-2020-900163.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>31-<br>Date of Filing: 03/09/2020   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**PHILLIP KNIGHT v. LIFE INS. CO. OF NORTH AMERICA**

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other
**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☑ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES  ☑ NO
Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** ALL016     3/9/2020 1:33:56 PM     /s/ MYRON KAY ALLENSTEIN
                              Date                    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☑ NO

ELECTRONICALLY FILED
3/9/2020 1:33 PM
31-CV-2020-900163.00
CIRCUIT COURT OF
ETOWAH COUNTY, ALABAMA
CASSANDRA JOHNSON, CLERK

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

PHILLIP KNIGHT,         *
                        *
    Plaintiff,          *
                        *
v.                      *   Case Number: _____
                        *
LIFE INSURANCE COMPANY OF  *
NORTH AMERICA,          *
                        *
    Defendant.          *

## **COMPLAINT**

1. Plaintiff, age 52, is a disabled former employee of Honda Manufacturing.

2. Honda Manufacturing was Plaintiff's employer. CIGNA Group Insurance a/k/a Life Insurance Company of North America administers Plaintiff's LTD Plan.

3. Plaintiff suffers from peripheral neuropathy, congestive heart failure, and sleep apnea and came out of work on disability in March 2014.

4. Plaintiff has a long term disability policy through Defendant.

5. Plaintiff drew short term disability benefits.

6. Plaintiff received 2 years of long term disability benefits until benefits were terminated when the definition of disability changed from "own" occupation to "any" occupation.

7. Plaintiff applied for Social Security disability benefits and received a notice of Award dated 2/18/18 with an onset date of **10/12/16**. His claim for back benefits was remanded by the District Court on 9/6/19. Plaintiff is waiting for hearing on the claim for back benefits

8. Plaintiff has exhausted all administrative remedies.

9. This claim is filed pursuant to 29 U.S.C. §1132.

WHEREFORE, Plaintiff prays for appropriate relief, attorney fees and costs which are less than $50,000.

1

s/MYRON K. ALLENSTEIN (ALL016)
ROSE MARIE ALLENSTEIN (ALL060)
ALLENSTEIN & ALLENSTEIN, LLC
Attorneys for Plaintiff
141 South 9th Street
Gadsden, AL  35901
(256) 546-6314
(256) 547-7648 (fax)
myron@allenstein.com
rose@allenstein.com



AlaFile E-Notice

31-CV-2020-900163.00

To: MYRON KAY ALLENSTEIN
myron@allenstein.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

PHILLIP KNIGHT V. LIFE INS. CO. OF NORTH AMERICA
31-CV-2020-900163.00

The following complaint was FILED on 3/9/2020 1:35:41 PM

Notice Date:   3/9/2020 1:35:41 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150

USPS CERTIFIED MAIL



801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

9214 8901 7301 4131 2000 0061 14

31-CV-2020-900163.00

To: LIFE INS. CO. OF NORTH AMERICA
CT CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

PHILLIP KNIGHT V. LIFE INS. CO. OF NORTH AMERICA
31-CV-2020-900163.00

The following complaint was FILED on 3/9/2020 1:35:41 PM

Notice Date:   3/9/2020 1:35:41 PM

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL 35901

256-549-2150

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>31-CV-2020-900163.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA**
**PHILLIP KNIGHT V. LIFE INS. CO. OF NORTH AMERICA**

**NOTICE TO:** LIFE INS. CO. OF NORTH AMERICA, CT CORPORATION SYSTEM 2 N. JACKSON ST. STE. 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
MYRON KAY ALLENSTEIN,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 141 S. 9TH STREET, GADSDEN, AL 35901.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of PHILLIP KNIGHT pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

03/09/2020             /s/ CASSANDRA JOHNSON          By:
*(Date)*                  *(Signature of Clerk)*                *(Name)*

☑ Certified Mail is hereby requested.           /s/ MYRON KAY ALLENSTEIN
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*      *(Name of County)*

Alabama on _____.
*(Date)*

_____             _____             *(Address of Server)*
*(Type of Process Server)*              *(Server's Signature)*

                                              _____             _____
                                              *(Server's Printed Name)*            *(Phone Number of Server)*

![USPS Logo] UNITED STATES POSTAL SERVICE

March 12, 2020

Dear Circuit Clerk:

**UJS Information**

Case Number: 31-CV-2020-900163.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:
LIFE INS. CO. OF NORTH AMERICA  (D001)
CT CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL 36104

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4131 2000 0061 14**.

## Item Details

| | |
|---|---|
| Status: | Delivered |
| Status Date / Time: | March 12, 2020, 9:51 am |
| Location: | MONTGOMERY, AL 36104 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

## Shipment Details

| | |
|---|---|
| Weight: | 2.0oz |

## Recipient Signature

Signature of Recipient: *[signature: Jennifer Lockwood]*

Address of Recipient: *[handwritten address]*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



AlaFile E-Notice

31-CV-2020-900163.00
Judge: GEORGE C. DAY, JR.

To: ALLENSTEIN MYRON KAY
myron@allenstein.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

PHILLIP KNIGHT V. LIFE INS. CO. OF NORTH AMERICA
31-CV-2020-900163.00

The following matter was served on 3/12/2020

**D001 LIFE INS. CO. OF NORTH AMERICA**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150



AlaFile E-Notice

31-CV-2020-900163.00
Judge: GEORGE C. DAY, JR.

To: LIFE INS. CO. OF NORTH AMERICA (PRO SE)
CT CORPORATION SYSTEM
2 N. JACKSON ST. STE. 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF ETOWAH COUNTY, ALABAMA

PHILLIP KNIGHT V. LIFE INS. CO. OF NORTH AMERICA
31-CV-2020-900163.00

The following matter was served on 3/12/2020

**D001 LIFE INS. CO. OF NORTH AMERICA**
**Corresponding To**
CERTIFIED MAIL
ELECTRONIC CERTIFIED MAIL RETURN

CASSANDRA JOHNSON
CIRCUIT COURT CLERK
ETOWAH COUNTY, ALABAMA
801 FORREST AVENUE
SUITE 202
GADSDEN, AL, 35901

256-549-2150