# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| PHILLIP KNIGHT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:20-cv-00476-SGC |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) ) |
| Defendant. | ) |

## **ORDER OF DISMISSAL**

On March 15, 2021, the parties filed a joint stipulation of dismissal, signed by counsel of record, in the above-captioned matter. (Doc. 15). Accordingly, this matter is **DISMISSED WITH PREJUDICE**, each party to bear their own costs. FED. R. CIV. P. 41(a)(1)(A)(ii).

**DONE** and **ORDERED** this 16th day of March, 2021.

_/s/ Staci G. Cornelius_
STACI G. CORNELIUS
U.S. MAGISTRATE JUDGE